**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**RANDAL KNEISLY** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 1:26-cv-90-JMV**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Before the Court is Plaintiff's Motion to Dismiss Appeal [Doc. 15], filed on October 27, 2026. Therein, Plaintiff requests that the Court dismiss the appeal, as he has found "no argument with the substantial evidence rule that is critical for overturning a decision of the Appeals Council." [Doc. 15] at 1. The Commissioner has advised the Court that there is no objection to the relief requested.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's motion [Doc. 15] is granted and this case is hereby DISMISSED WITH PREJUDICE.

**SO ORDERED** this the 28th day of October, 2026.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE